CLEVELAND *et al. v.* WACASTER *et al.*

HUTCHESON, Justice. Where the bill of exceptions shows only a "certificate of service" signed by an attorney for the plaintiff in error, as follows: "This is to certify that I have this day mailed a copy of the within bill of exceptions, properly addressed, to the attorneys of record for the defendants in error specified in this bill of exceptions," and no other service, or acknowledgment of service, or waiver of service appears, the writ of error will be dismissed on motion. Code, § 6-911; *Clark* v.

*Lyon*, 48 *Ga.* 125; *Albritton* v. *Tygart*, 139 *Ga.* 231 (77 S. E. 28); *Presley* v. *Jones*, 139 *Ga.* 814 (78 S. E. 126); *Gorman* v. *Central of Georgia Ry. Co.*, 141 *Ga.* 125 (80 S. E. 553); *Ray* v. *Hardman*, 146 *Ga.* 718 (92 S. E. 211).

*Writ of error dismissed. All the Justices concur.*

No. 12426. SEPTEMBER 16, 1938.

*Eugene Spradlin* and *Watkins, Grant & Watkins,* for plaintiffs. *Henderson & Spence* and *Samuel D. Hewlett,* for defendants.